

# COURT OF APPEALS FOR THE
# FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER

Appellate case name:          In re Barbara Latham, Relator

Appellate case number:        01-18-00649-CV

Trial court case number:      456,059

Trial court:                  Probate Court No. 2 of Harris County

On July 19, 2018, relator, Barbara Latham, filed a petition for writ of mandamus seeking to vacate the respondent trial judge's May 30, 2018 order granting motion for sanctions and approving attorneys' fees against relator, Estelle Nelson, and relator's counsel, Candice Schwager. Although relator has filed the required Rule 52.3(j) certification and cited to the order at issue in an appendix, neither the appendix nor a sworn record has been filed yet. *See* TEX. R. APP. P. 52.3(j), (k), 52.7(a)(1). Also, while relator's petition refers to the transcripts for four different hearings, she neither attached them nor stated that these reporter's records have been ordered. *See* TEX. R. APP. P. 52.7(a)(2), (b).

Accordingly, we **ORDER** the relator, **within 10 days of the date of this order,** to file the appendix and a sworn mandamus record and the reporter's records for the four hearings or else evidence of payment for, or arrangements to pay for, the reporter's fee to prepare these records. *See* TEX. R. APP. P. 52.7(a)(2), (b).

The Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                        ☑ Acting individually      ☐ Acting for the Court
Date: July 31, 2018